ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 7 2006
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| JOE LEE WASHINGTON, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:04-CV-0433-P |
| ) | |
| VICTOR RODRIGUEZ, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court.

For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, the Court **DENIES** plaintiff's letter/motion to reopen this case (doc. 12).

SIGNED this 7th day of February 2006.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE